JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ENRIQUE RAMIREZ

## DEFENDANTS
SYNERGY MARINE LLC; SYNERGY MARITIME PRIVATE LIMITED; PIONEER MARINE, INC.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Fairfield, CT
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Philip R. Weltin; Lindsay R. McKasson; Weltin Streb & Weltin, LLP
1432 Martin Luther King Jr. Way Oakland, CA 94612

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 1332

Brief description of cause:
Diversity; Negligence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE: 08/01/2016
SIGNATURE OF ATTORNEY OF RECORD: /s/ Philip R. Weltin

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Philip R. Weltin, Esq. SBN 46141
Lindsay R. McKasson, Esq. SBN 293144
WELTIN, STREB & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California  94612
Telephone      (510) 251-6060
Facsimile       (510) 251-6040
lmckasson@weltinlaw.com

Attorneys for Plaintiff
ENRIQUE RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE RAMIREZ;<br><br>    Plaintiff;<br><br>vs.<br><br><br><br>SYNERGY MARINE LLC; SYNERGY MARITIME PRIVATE LIMITED; PIONEER MARINE, INC.<br><br>    Defendant. | Case No. 16-4327<br><br>**COMPLAINT FOR:**<br><br>**NEGLIGENCE** |

Plaintiff ENRIQUE RAMIREZ complains of Defendants and alleges as follows:

### I.      JURISDICTION AND VENUE

1. The Court has jurisdiction pursuant to 28 U.S.C. § 1332.  Plaintiff is a resident of the State of California.  Defendant SYNERGY MARINE PRIVATE LIMITED's principal place of business is in Singapore, where it is also incorporated.  Defendant SYNERGY MARINE LLC. is incorporated in Stamford, Connecticut and its principal place of business is in

1

Complaint

1. Connecticut. Defendant PIONEER MARINE, INC.'s principal place of business is unknown, but it is headquartered in Singapore. The amount in controversy exceeds $75,000.

2. Venue is proper under 28 U.S.C. § 1391 in the Northern District of California in that a substantial part of the actions or omissions giving rise to this case occurred within this District.

## II. THE PARTIES

3. Plaintiff is a resident of the State of California and is employed as a longshoreman.

4. Defendant PIONEER MARINE, INC. owns MYKONOS BAY, a vessel registered to the United Kingdom. PIONEER MARINE, INC. is headquartered in Singapore. Its operations and chartering offices are in Greece. It also has a location in Chennai, India.

5. Defendant PIONEER MARINE, INC. hired SYNERGY MARITIME PRIVATE LIMITED and/or SYNERGY MARINE LLC. to manage and operate MYKONOS BAY. SYNERGY MARITIME PRIVATE LIMITED is headquartered in Singapore and also has offices in Chennia, India. SYNERGY MARINE LLC. is located in Stamford, Connecticut.

6. Prior to April 24, 2016 and on that date, Defendants PIONEER MARINE, INC., SYNERGY MARITIME PRIVATE LIMITED, SYNERGY MARINE LLC., were the owners, operators, charterers or inspectors and were in control of a vessel, the MYKONOS BAY and its gear, appliances and component parts. Said vessel was, and now is, engaged in the transportation of goods and cargo on the navigable waters of the United States of America.

## III. CAUSE OF ACTION - NEGLIGENCE

7. On or about April 24, 2016, the vessel was docked at the C & H Sugar refinery located at 830 Loring Avenue, Crocket, California 94525 in Contra Costa County.

8. At that time and place, Defendants employed Ports America dba Marine Terminals Corporation, a stevedoring company, to load and unload the vessel. On that date, Plaintiff

2

Complaint

was working as a longshoreman employed by Ports America dba Marine Terminals Corporation.

9. On and before April 24, 2016, Defendants so negligently and carelessly owned, operated, inspected, maintained, supervised and controlled said vessel and the loading operation on the vessel, that its equipment and cargo were in a dangerous, defective and improper condition, thereby creating a risk of injury in the loading work area to persons working there.

10. Defendants knew, or in the exercise of ordinary care should have known, of the dangerous, defective, and improper conditions then existing, and failed to remedy said conditions or to otherwise adequately safeguard persons working on the vessel against the conditions, having had a reasonable opportunity to do so.

11. As a direct and proximate result of the negligence of Defendants, Plaintiff was caused to sustain severe personal injuries and damages, all to his damage in an amount within the jurisdiction of this Court.

12. As a direct and proximate result of Defendants' negligence, Plaintiff was unable to work and suffered, and will suffer, loss of earnings in an amount according to proof.

13. As a further proximate result of Defendants' negligence, Plaintiff incurred medical and related expenses, all to his damage in an amount according to proof.

WHEREFORE, plaintiff prays for judgment against defendants and each of them as follows:

1. For general damages in a sum within the jurisdiction of this court;

2. For loss of earnings, past and future, according to proof;

3. For medical expenses incurred and to be incurred;

4. For costs of suit herein incurred;

5. For such other and further relief as the Court may deem proper.

| | |
|---|---|
| Dated:  August 1, 2016 | WELTIN STREB & WELTIN LLP |
| | /s/ |
| | Philip R. Weltin |
| | Attorneys for Plaintiff |

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this matter.

| | |
|---|---|
| Dated:  August 1, 2016 | WELTIN STREB & WELTIN LLP |
| | /s/ |
| | Philip R. Weltin |
| | Attorneys for Plaintiff |

4

Complaint